JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DERRIC BURBIE, | Case No. 8:19-00465 R (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Second or Successive Federal Habeas Petition and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: May 16, 2019　　　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　　　HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　　　United States District Judge